JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>VICTORVILLE SPEEDWASH, INC., a California corporation,<br><br>Defendant. | Case No. 2:14-CV-07909-AB (SHx)<br><br>[~~PROPOSED~~] JUDGMENT FOR PLAINTIFF OREGON MUTUAL INSURANCE COMPANY |

On July 6, 2015, the Court granted plaintiff OREGON MUTUAL INSURANCE COMPANY ("OMI")'s motion for summary judgment against defendant VICTORVILLE SPEEDWASH, INC. ("Victorville"). Consequently,

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. The OMI Employment Practices Liability Insurance policy, designated as Policy No. CAE000123, issued by OMI to Victorville, is rescinded and is void *ab initio*;

2. OMI has no duty to defend or indemnify Victorville under Policy No. CAE000123 with respect to the claims asserted in the underlying employment lawsuit captioned *Miguel Iglesias v. Victorville Speedwash, Inc.*, Case No. CIV

1 | DS1406181, pending in the Superior Court of California for the County of San
2 | Bernardino.

3 | **IT IS SO ORDERED, ADJUDGED, and DECREED**

4 |
5 | Dated: July 6, 2015      By: _____
6 |                                   Hon. André Birotte, Jr.
7 |                                   UNITED STATES DISTRICT JUDGE

9 | O4992/2168820-1